"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE W. YEPEZ, | Case No. CV 09-8550-SVW (RNB) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MELINDA HAAG, et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Petitioner argues in his Objections that <u>Schlup v. Delo</u>, 513 U.S. 298 (1995) provides an exception to the <u>Heck</u> rule. However, in <u>Schlup</u>, the petitioner filed a petition for habeas corpus, not a <u>Bivens</u> action. The reasoning set forth in <u>Schlup</u> pertained solely to habeas actions, and therefore does

not apply to the instant action. Petitioner does not cite any cases where an exception to the Heck rule would apply in this case.

Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action pursuant to 28 U.S.C. § 1915A.

DATED: 3/11/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE