JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE W. YEPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>MELINDA HAAG, et al.,<br><br>        Defendants. | Case No. CV 09-8550-SVW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed pursuant to 28 U.S.C. § 1915A.

DATED: 3/11/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY